# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>YANNI TASSEV,<br><br>　　　Defendant(s). | Case No. 2:24-cv-01120-JCM-NJK<br><br>**Order** |

Pending before the Court is a notice regarding lack of service and Defendant's foreign whereabouts. Docket No. 3. The notice indicates further that the deadline in Rule 4(m) of the Federal Rules of Civil Procedure does not apply in this case and that the Commission will keep the Court apprised of additional service attempts. *Id.* at 6. While the Commission is correct that the Rule 4(m) deadline does not apply to foreign service, courts possess the inherent authority to set a deadline for foreign service. *E.g. Inst. of Cetacean Research v. Sea Shepherd Conserv. Soc'y*, 153 F. Supp. 3d 1291, 1320 (W.D. Wash. 2015) (collecting cases). The Court hereby **SETS** a deadline to effectuate service on Defendant of May 23, 2025.

IT IS SO ORDERED.

Dated: February 24, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1