UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>YANNI TASSEV,<br><br>Defendant(s). | Case No. 2:24-cv-01120-JCM-NJK<br><br>**Order**<br><br>[Docket No. 5] |

This case was initiated nearly a year ago. Docket No. 1. On February 24, 2025, the Court ordered that service must be completed by May 23, 2025. Docket No. 4. On the deadline, Plaintiff filed a motion to extend that deadline by another six months. Docket No. 5. While the Court appreciates the hurdles for foreign service, including the specific attestations made in this case, sufficient justification has not been presented for another six months to effectuate service. The Court will provide an additional 90 days. Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part. The Court hereby **RESETS** a deadline to effectuate service on Defendant of August 21, 2025.

IT IS SO ORDERED.

Dated: May 27, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1