# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Securities and Exchange Commission,

    Plaintiff(s),

v.

Yanni Tassev,

    Defendant(s).

Case No. 2:24-cv-01120-JCM-NJK

**Order**

This case was filed on June 17, 2024. Docket No. 1. On May 27, 2025, the Court reset the deadline to effectuate service to August 21, 2025. Docket No. 6. On August 21, 2025, the Commission filed a proof of service pursuant to the Hague Convention. Docket No. 7. Among other information provided, the Commission indicated therein that "[t]he Sophia Regional Court directed that the case file be forwarded to the Ministry of Justice so that the Ministry can inform the Commission of the outcome of the service proceedings. Upon receipt of such notification by the Ministry of Justice, the Commission will file a supplementary proof of service including the same." *Id.* at 3. A supplementary proof of service has not been filed. Accordingly, the Court **ORDERS** the Commission to file a status report by October 23, 2025.

IT IS SO ORDERED.

Dated: October 15, 2025

                                                _____
Nancy J. Koppe
United States Magistrate Judge

1